CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Richard Morin (SBN 285275)
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net
Attorney for Defendant
Los Gatos Black Watch

**GRANTED**
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br>v.<br><br>LOS GATOS BLACK WATCH, a California Corporation,<br><br>          Defendants. | Case No.: 5:21-cv-06254-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| Dated: January 26, 2022 | | CENTER FOR DISABILITY ACCESS |

                          By:    /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Dated: January 26, 2022      LAW OFFICE OF RICK MORIN, PC

                          By:    /s/ Richard Morin
                                   Richard Morin
                                   Attorneys for Defendant
                                   Los Gatos Black Watch

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Los Gatos Black Watch, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 26, 2022        CENTER FOR DISABILITY ACCESS

                               By:   /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff